IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAREEN HAYES,

    Plaintiff,

  v.

Case No. 19-cv-822-jdp

CAPTAIN WESTRA,
SGT. JOSEPH BEAHM,
SGT. JOSHUA ANDERSON, and
CAPTAIN TRITT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/7/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |